# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Robert L. Gerlowsky aka Robert Gerlowsky** | **BK NO. 20-01370 RNO** |
| **Debtor(s)** | **Chapter 13** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Bayview Loan Servicing, LLC and index same on the master mailing list.

                           Respectfully submitted,

                           **/s/ James C. Warmbrodt, Esquire**
                           James C. Warmbrodt, Esquire
                           KML Law Group, P.C.
                           BNY Mellon Independence Center
                           701 Market Street, Suite 5000
                           Philadelphia, PA  19106
                           215-627-1322