```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 20-01370-RNO
Robert L. Gerlowsky                                                 Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5    User: AutoDocke    Page 1 of 1    Date Rcvd: Sep 16, 2020
                         Form ID: pdf010    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2020.
        +Ms Kimberly A Gerlowsky,   11 Peat Moss Road,   White Haven, PA 18661-3800

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2020                                                        Signature:  <u>/s/Joseph Speetjens</u>

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2020 at the address(es) listed below:
           Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
           James   Warmbrodt   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
           Tullio   DeLuca   on behalf of Debtor 1 Robert L. Gerlowsky tullio.deluca@verizon.net
           United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                                              TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Robert L. Gerlowsky aka Robert Gerlowsky**<br>Debtor(s) | **CHAPTER 13** |
| **Bayview Loan Servicing, LLC**<br>Movant<br>v.<br>**Robert L. Gerlowsky aka Robert Gerlowsky**<br>Debtor(s)<br>And<br>**Kimberly A. Gerlowsky**<br>**Charles J. DeHart, III Esq.**<br>**Additional Respondents** | **NO. 20-bk-01370 RNO**<br><br>**11 U.S.C. Section 362 and 1301** |

## ORDER

Upon consideration of Movant's Motion for Relief from the Automatic Stay after notice and opportunity for a hearing, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceedings, as provided under Section 362 and 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and 1301, is modified with respect to the subject premises located at 11-13 Peat Moss Road, White Haven, PA 18661 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.

Dated: September 16, 2020

By the Court,

_Robert N. Opel II_
Robert N. Opel, II, Bankruptcy Judge (PAR)