# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

ROBERT L. GERLOWSKY

Debtor(s)

Chapter: **13**
Case Number: **5-20-01370**

## CERTIFICATE OF MAILING

The undersigned employee in the office of:

**Tullio DeLuca, Esquire**

hereby certifies that a copy of the attached Order Confirming Amended Chapter 13 Plan was mailed today to all parties named on the mailing list attached hereto by regular first class mail.

DATED: **February 5, 2021**

SIGNED: _Lisa Marchak_

TITLE:     **Legal Assistant**

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Robert L. Gerlowsky,
aka Robert Gerlowsky,

**Debtor 1**

Chapter     13

Case No.     5:20–bk–01370–RNO

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on December 3, 2021. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: January 7, 2021

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: ToniaWilson, Deputy Clerk

orcnfpln(05/18)

Apothaker & Assoc., P.C.
520 Fellowship Rd. C306
Mount Laurel, NJ 08054-3410

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2284

Barclays
Card Services
P.O. Box 8802
Wilmington, DE 19899-8802

Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd, 5th Floor
Coral Gables, FL 33146-1873

Calvary SPV I LLC
500 Summit Lake Dr., Ste. 400
Valhalla, NY 10595-2321

Capio Partners
2222 Texoma Pkwy.
Suite 150
Sherman, TX 75090-2481

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-2321

Citibank
Box 6500
Sioux Falls, SD 57117-6500

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036-8625

ERC
P.O. Box 57610
Jacksonville, FL 32241-7610

Eastern Revenue.Inc.
P.O. Box 777
Horsham, PA 19044-0777

Geisinger Health System
100 North Academy Ave.
Danville, PA 17822-0001

JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Kimberly Gerlowsky
92 MiddleBerg Rd.,
White Haven, PA 18661-3947

Mercantile Adjustment Bureau
165 Lawrence Bell Dr., Ste. 100
Williamsville, NY 14221-7900

Midland Credit Management
350 Camino De La Reina
Suite 100
San Diego, CA 92108-3007

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Nationwide Credit, Inc.
P.O. Box 14581
Des Moines, IA 50306-3581

NorthStar Location Services
4285 Genesee St.
Cheektowaga, NY 14225-1943

PPL Electric Utilities
827 Hausman Rd.
Allentown, PA 18104-9392

Penn Credit Corp.,
P.O. Box 988
Harrisburg, PA 17108-0988

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Phelan Hallinan Diamond & Jones, LLP
One Penn Center Plaza
1617 JFK Blvd, Ste. 1400
Philadelphia, PA 19103-1814

PORTFOLIO RECOVERY ASSOCIATES
LLC
PO BOX 41067
NORFOLK VA 23541-1067

Robert & Joanne Godman
600 S. Park Ave.
Norristown, PA 19403-1960

Robert Shaffer/Brittany McNamara
13 Peat Moss Rd.
White Haven, PA 18661-3800

Sears
7920 NW 110th St
Kansas City, MO 64153-1270

Sunrise Credit Services, Inc
P.O. Box 9100
Farmingdale, NY 11735-9100

TD Bank, N.A.
1803 Marsh Rd.
Wilmington, DE 19810-4505

U.S. Bank Home Mortgage
4801 Frederica St.
Owensboro, KY 42301-7441

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101-1722

Valley Regional Fire & Rescue, Inc.
14 W. Butler Drive
Drums, PA 18222-2310

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX 77210-4457

James Warmbrodt
701 Market Street Suite 5000
Philadephia, PA 19106-1541