UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

ROBERT L. GERLOWSKY

Chapter: 13
Case Number: 5-20-01370

Debtor(s)

## CERTIFICATE OF MAILING

The undersigned employee in the office of:

Tullio DeLuca, Esquire

hereby certifies that a copy of the attached Notice and Motion to Suspend Trustee Payments was mailed today to all parties named on the mailing list attached hereto by regular first class mail.

DATED: February 5, 2021

SIGNED: *Lisa Marchak*

TITLE: Legal Assistant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*******************************************************************

| | | |
|---|---|---|
| IN RE:<br>ROBERT L. GERLOWSKY | : | CHAPTER 13 |
| | : | |
| Debtor(s) | : | CASE NO. 5-20-01370 |

*******************************************************************

| | |
|---|---|
| ROBERT L. GERLOWSKY | : |
| MOVANT | |
| VS. | : |
| CHARLES J. DEHART, III, ESQ. | : |
| RESPONDENT | : |

*******************************************************************

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**
*******************************************************************

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002-1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **February 26, 2021.** If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

DATE    February 5, 2021                    Clerk, U.S. Bankruptcy Court
                                            197 South Main Street
Tullio DeLuca, Esquire                      Wilkes-Barre, PA  18701
PA ID# 59887
Attorney for Debtors/Movants
381 N. 9th Avenue
Scranton, PA 18504

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*****************************************************************

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| ROBERT L. GERLOWSKY | : |
| | : |
| Debtor(s) | : CASE NO. 5-20-01370 |

*****************************************************************

| | |
|---|---|
| ROBERT L. GERLOWSKY | : |
| MOVANT | : |
| VS. | : |
| CHARLES J. DEHART, III, ESQ. | : |
| RESPONDENT | : |

*****************************************************************

## MOTION TO SUSPEND TEMPORARILY TRUSTEE PAYMENTS

*****************************************************************

AND NOW COMES, the Debtor, Robert L. Gerlowsky, by and through his attorney, Tullio DeLuca, Esquire, and respectfully represents:

1. That the Debtor filed a Chapter 13 Petition on April 24, 2020.

2. That Debtor's Chapter 13 Plan provides for monthly payments of $258.00 to the Chapter 13 Trustee to pay attorney and Trustee fees and secured creditors.

3. Debtor experienced a decrease in monthly income due to COVID-19.

4. Therefore, Debtor is not in a position to make the Trustee payments until his immediate problem stabilizes and regains income to satisfy the Chapter 13 Plan.

5. In light of the above Debtor requests a Temporary Suspension of his Trustee payments for a period of three (3) months or earlier starting in the month of December 2020. If Debtor's immediate problem stabilizes, Debtor will commence Trustee payments sooner.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order allowing for a suspension of Trustee's monthly payments for a period of at least three (3) months and directing the Debtor to commence making monthly payments sooner if Debtor's immediate problem stabilizes.

Respectfully submitted,

Dated: February 4, 2021

/s/Tullio DeLuca
Tullio DeLuca, Esquire
PA ID # 59887
381 N. 9th Avenue
Scranton, Pa 18504
(570) 347-7764
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*************************************************************

IN RE: : CHAPTER 13
ROBERT L. GERLOWSKY :
 :
Debtor(s) : CASE NO. 5-20-01370

*************************************************************

ROBERT L. GERLOWSKY :
      MOVANT :
VS. :
CHARLES J. DEHART, III, ESQ. :
      RESPONDENT :

*************************************************************

## ORDER

*************************************************************

After notice and service to creditors and parties in interest under FRBP 9013 and upon consideration of the Debtor's Motion to Suspend Temporarily Trustee Payments, it is hereby **ORDERED, ADJUDGED AND DECREED** by this Honorable Court that the Debtor's Motion to Suspend Temporarily Trustee Payments is granted and the Debtor is allowed to suspend payments to the Chapter 13 Trustee for a period of three (3) months from December 2020 through February 2021 due to loss of income and it is further ordered that if the Debtor return to gainful employment prior to the three (3) month period, Debtor is ordered to commence making monthly payments to the Chapter 13 Trustee.

| | | |
|---|---|---|
| Apothaker & Assoc., P.C.<br>20 Fellowship Rd. C306<br>Mount Laurel, NJ 08054-3410 | BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 |
| Barclays<br>Card Services<br>P.O. Box 8802<br>Wilmington, DE 19899-8802 | Bayview Loan Servicing, LLC<br>4425 Ponce de Leon Blvd, 5th Floor<br>Coral Gables, FL 33146-1873 | Calvary SPV I LLC<br>500 Summit Lake Dr., Ste. 400<br>Valhalla, NY 10595-2321 |
| Capio Partners<br>2222 Texoma Pkwy.<br>Suite 150<br>Sherman, TX 75090-2481 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 |
| Citibank<br>Box 6500<br>Sioux Falls, SD 57117-6500 | Charles J DeHart, III (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036-8625 | ERC<br>P.O. Box 57610<br>Jacksonville, FL 32241-7610 |
| Eastern Revenue.Inc.<br>P.O. Box 777<br>Horsham, PA 19044-0777 | Geisinger Health System<br>100 North Academy Ave.<br>Danville, PA 17822-0001 | JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Kimberly Gerlowsky<br>92 MiddleBerg Rd.,<br>White Haven, PA 18661-3947 | Mercantile Adjustment Bureau<br>165 Lawrence Bell Dr., Ste. 100<br>Williamsville, NY 14221-7900 |
| Midland Credit Management<br>350 Camino De La Reina<br>Suite 100<br>San Diego, CA 92108-3007 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | Nationwide Credit, Inc.<br>P.O. Box 14581<br>Des Moines, IA 50306-3581 |
| NorthStar Location Services<br>4285 Genesee St.<br>Cheektowaga, NY 14225-1943 | PPL Electric Utilities<br>827 Hausman Rd.<br>Allentown, PA 18104-9392 | Penn Credit Corp.,<br>P.O. Box 988<br>Harrisburg, PA 17108-0988 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Phelan Hallinan Diamond & Jones, LLP<br>One Penn Center Plaza<br>1617 JFK Blvd, Ste. 1400<br>Philadelphia, PA 19103-1814 | PORTFOLIO RECOVERY ASSOCIATES<br>LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Robert & Joanne Godman<br>600 S. Park Ave.<br>Norristown, PA 19403-1960 | Robert Shaffer/Brittany McNamara<br>13 Peat Moss Rd.<br>White Haven, PA 18661-3800 | Sears<br>7920 NW 110th St<br>Kansas City, MO 64153-1270 |

Sunrise Credit Services, Inc
P.O. Box 9100
Farmingdale, NY 11735-9100

TD Bank, N.A.
1803 Marsh Rd.
Wilmington, DE 19810-4505

U.S. Bank Home Mortgage
4801 Frederica St.
Owensboro, KY 42301-7441

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101-1722

Valley Regional Fire & Rescue, Inc.
14 W. Butler Drive
Drums, PA 18222-2310

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX 77210-4457

James Warmbrodt
701 Market Street Suite 5000
Philadephia, PA 19106-1541