In re:  Case No. 20-01370-RNO

Robert L. Gerlowsky  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Mar 04, 2021 | Form ID: pdf010 | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert L. Gerlowsky, 11 Peat Moss Rd., White Haven, PA 18661-3800 |
| 5323005 | + | Apothaker & Assoc., P.C., 520 Fellowship Rd. C306, Mount Laurel, NJ 08054-3410 |
| 5323006 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, P.O. Box 982234, El Paso, TX 79998 |
| 5325301 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5323007 | + | Barclays, Card Services, P.O. Box 8802, Wilmington, DE 19899-8802 |
| 5323012 | + | Eastern Revenue.Inc., P.O. Box 777, Horsham, PA 19044-0777 |
| 5323014 | + | Geisinger Health System, 100 North Academy Ave., Danville, PA 17822-0001 |
| 5328153 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5323016 | + | Kimberly Gerlowsky, 92 MiddleBerg Rd.,, White Haven, PA 18661-3947 |
| 5323017 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |
| 5323018 | + | Mercantile Adjustment Bureau, 165 Lawrence Bell Dr., Ste. 100, Williamsville, NY 14221-7900 |
| 5323019 | + | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 5335157 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5323021 | | NorthStar Location Services, 4285 Genesee St., Cheektowaga, NY 14225-1943 |
| 5323025 | | PPL Electric Utilities, 827 Hausman Rd., Allentown, PA 18104-9392 |
| 5323023 | + | Phelan Hallinan Diamond & Jones, LLP, One Penn Center Plaza, 1617 JFK Blvd, Ste. 1400, Philadelphia, PA 19103-1814 |
| 5323028 | + | Robert Shaffer/Brittany McNamara, 13 Peat Moss Rd., White Haven, PA 18661-3800 |
| 5323029 | + | Robert Shaffer/Christine McNamara, 13 Peat Moss Rd., White Haven, PA 18661-3800 |
| 5323031 | + | Sunrise Credit Services, Inc, P.O. Box 9100, Farmingdale, NY 11735-9100 |
| 5323032 | + | TD Bank, N.A., 1803 Marsh Rd., Wilmington, DE 19810-4505 |
| 5323033 | + | U.S. Bank Home Mortgage, 4801 Frederica St., Owensboro, KY 42301-7441 |
| 5323034 | + | Valley Regional Fire & Rescue, Inc., 14 W. Butler Drive, Drums, PA 18222-2310 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5354692 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Mar 04 2021 18:49:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1873 |
| 5323008 | + | Email/Text: bankruptcy@cavps.com | Mar 04 2021 18:49:00 | Calvary SPV I LLC, 500 Summit Lake Dr., Ste. 400, Valhalla, NY 10595-2321 |
| 5323009 | + | Email/Text: bnc-capio@quantum3group.com | Mar 04 2021 18:49:00 | Capio Partners, 2222 Texoma Pkwy., Suite 150, Sherman, TX 75090-2481 |
| 5323010 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 04 2021 18:55:26 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5326995 | + | Email/Text: bankruptcy@cavps.com | Mar 04 2021 18:49:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5323011 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 04 2021 18:55:19 | Citibank, Box 6500, Sioux Falls, SD 57117-6500 |
| 5323013 | + | Email/Text: bknotice@ercbpo.com | Mar 04 2021 18:49:00 | ERC, P.O. Box 57610, Jacksonville, FL 32241-7610 |
| 5323015 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 04 2021 18:55:26 | JPMCB Card Services, P.O. Box 15298, Wilmington, DE 19850 |
| 5323020 | | Email/Text: NCI_bankonotify@ncirm.com | Mar 04 2021 18:49:00 | Nationwide Credit, Inc., P.O. Box 14581, Des Moines, IA 50306-3581 |
| 5323024 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 04 2021 18:55:12 | Portfolio Recovery Associates, LLC, P.O. Box 41067, Norfolk, VA 23541 |
| 5330553 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 04 2021 18:55:26 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5323030 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 04 2021 18:55:34 | Sears, 7920 NW 110th St, Kansas City, MO 64153-1270 |
| 5337558 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 04 2021 18:55:41 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5323027 | *+ | Robert L. Gerlowsky, 11 Peat Moss Rd., White Haven, PA 18661-3800 |
| 5323022 | ## | Penn Credit Corp.,, P.O. Box 988, Harrisburg, PA 17108-0988 |
| 5323026 | ##+ | Robert & Joanne Godman, 600 S. Park Ave., Norristown, PA 19403-1960 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor BAYVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 1 Robert L. Gerlowsky tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*************************************************************************

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ROBERT L. GERLOWSKY | : | |
| | : | |
| Debtor(s) | : | CASE NO. 5-20-01370 |

*************************************************************************

| | | |
|---|---|---|
| ROBERT L. GERLOWSKY | : | |
| MOVANT | : | |
| VS. | : | |
| CHARLES J. DEHART, III, ESQ. | : | |
| RESPONDENT | : | |

*************************************************************************

## ORDER

*************************************************************************

After notice and service to creditors and parties in interest under FRBP 9013 and upon consideration of the Debtor's Motion to Suspend Temporarily Trustee Payments, it is hereby **ORDERED, ADJUDGED AND DECREED** by this Honorable Court that the Debtor's Motion to Suspend Temporarily Trustee Payments is granted and the Debtor is allowed to suspend payments to the Chapter 13 Trustee for a period of three (3) months from December 2020 through February 2021 due to loss of income and it is further ordered that if the Debtor return to gainful employment prior to the three (3) month period, Debtor is ordered to commence making monthly payments to the Chapter 13 Trustee.

Dated: March 4, 2021

By the Court,

_____
Robert N. Opel, II, Bankruptcy Judge (DG)