IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:                                                                  Case No. 20-bk-01370-MJC
                                                                      Chapter 13

Robert L. Gerlowsky aka Robert Gerlowsky
Debtor(s).

## NOTICE OF APPEARANCE

**Nationstar Mortgage LLC d/b/a Mr. Cooper**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

                                       By:    /s/ Steven K. Eisenberg
                                                  Steven K. Eisenberg, Esquire
                                                  Bar No: 75736
                                                  Stern & Eisenberg, PC
                                                  1581 Main Street, Suite 200
                                                  The Shops at Valley Square
                                                  Warrington, PA 18976
                                                  Phone: (215) 572-8111
                                                  Fax: (215) 572-5025
                                                  seisenberg@sterneisenberg.com
                                                  Attorney for Creditor

# CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 22nd day of June, 2022, to the following:

Tullio DeLuca
381 N. 9th Avenue
Scranton, PA 18504
tullio.deluca@verizon.net
*Attorney for Debtor(s)*


Jack N Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
info@pamd13trustee.com
*Chapter 13 Trustee*


Asst. U.S. Trustee
United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101
fakemail123@gmail.com
*U.S. Trustee*


and by standard first class mail postage prepaid to:

Robert L. Gerlowsky aka Robert Gerlowsky
92 Middleburg Road
White Haven, PA 18661

*Debtor(s)*


            By:   /s/ Steven K. Eisenberg
                Steven K. Eisenberg, Esquire