# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   ROBERT L. GERLOWSKY
         AKA: ROBERT GERLOWSKY                CHAPTER 13

         Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
         Movant                               CASE NO:   5-20-01370-MJC

ROBERT L. GERLOWSKY
AKA: ROBERT GERLOWSKY

         Respondent(s)

## **CERTIFICATION OF DEFAULT**

AND NOW on January 18, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of January 18, 2023, the Debtor(s) is/are $1,806.00 in arrears with a plan payment having last been made on Nov 29, 2022

In accordance with said stipulation, the case may be dismissed

Respectfully Submitted,

/s/ Agatha R. McHale, Esquire
ID: 47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Dr, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: amchale@pamd13trustee.com

Dated: January 18, 2023

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    ROBERT L. GERLOWSKY
          AKA: ROBERT GERLOWSKY        CHAPTER 13

          Debtor(s)

          JACK N. ZAHAROPOULOS
          CHAPTER 13 TRUSTEE
          Movant                                    CASE NO:   5-20-01370-MJC

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 18, 2023, I served a copy of this Certification of Default on the following parties by 1st Class Mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| TULLIO DeLUCA, ESQUIRE<br>381 N 9TH AVENUE<br>SCRANTON, PA 18504- | SERVED ELECTRONICALLY |
| ROBERT L. GERLOWSKY<br>11 PEAT MOSS RD.<br>WHITE HAVEN, PA 18661 | SERVED BY 1ST CLASS MAIL |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | SERVED ELECTRONICALLY |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 18, 2023                      /s/ Matt Arcuri
                                                     Office of the Standing Chapter 13 Trustee
                                                     Jack N. Zaharopoulos
                                                     8125 Adams Dr, Suite A
                                                     Hummelstown, PA 17036
                                                     Phone: (717) 566-6097
                                                     Email: info@pamd13trustee.com