U.S. Bankruptcy Court, Middle District of Pennsylvania - Undeliverable Notice, In re: Robert L. Gerlowsky, Case Number: 20-01370, MJC, Ref: [p-189174887]

From: USBankruptcyCourts@noticingcenter.com (usbankruptcycourts@noticingcenter.com)

To: tullio.deluca@verizon.net

Date: Tuesday, January 24, 2023 at 01:05 PM EST

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

January 25, 2023

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
     In re: Robert L. Gerlowsky, Case Number 20-01370, MJC

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701**

Undeliverable Address:
Robert & Joanne Godman
600 S. Park Ave.
Norristown, PA 18403-1960

Role type/cr id: 5323026
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

Case 5:20-bk-01370-MJC   Doc 49   Filed 01/25/23   Entered 01/25/23 17:23:42   Desc
Main Document     Page 1 of 2

Undeliverable Address:
TD Bank, N.A.
1803 Marsh Rd.
Wilmington, DE 19810

Role type/cr id: 5323032
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

2502 Marsh Rd
Wilmington, DE 19810

_____  _____1/25/2023_____
Signature of Debtor or Debtor's Attorney             Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

📄 B_P52001370pdf0100190.PDF
108.7kB