United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-01370-MJC |
| Robert L. Gerlowsky | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Jan 23, 2023 | Form ID: pdf010 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert L. Gerlowsky, 11 Peat Moss Rd., White Haven, PA 18661-3800 |
| cr | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 5323005 | + | Apothaker & Assoc., P.C., 520 Fellowship Rd. C306, Mount Laurel, NJ 08054-3410 |
| 5323012 | + | Eastern Revenue.Inc., P.O. Box 777, Horsham, PA 19044-0777 |
| 5323014 | + | Geisinger Health System, 100 North Academy Ave., Danville, PA 17822-0001 |
| 5323016 | + | Kimberly Gerlowsky, 92 MiddleBerg Rd.,, White Haven, PA 18661-3947 |
| 5323017 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |
| 5481594 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 5323025 | | PPL Electric Utilities, 827 Hausman Rd., Allentown, PA 18104-9392 |
| 5323023 | + | Phelan Hallinan Diamond & Jones, LLP, One Penn Center Plaza, 1617 JFK Blvd, Ste. 1400, Philadelphia, PA 19103-1814 |
| 5323028 | + | Robert Shaffer/Brittany McNamara, 13 Peat Moss Rd., White Haven, PA 18661-3800 |
| 5323029 | + | Robert Shaffer/Christine McNamara, 13 Peat Moss Rd., White Haven, PA 18661-3800 |
| 5323033 | + | U.S. Bank Home Mortgage, 4801 Frederica St., Owensboro, KY 42301-7441 |
| 5323034 | + | Valley Regional Fire & Rescue, Inc., 14 W. Butler Drive, Drums, PA 18222-2310 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5323006 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 23 2023 18:49:00 | Bank of America, P.O. Box 982234, El Paso, TX 79998 |
| 5325301 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 23 2023 18:49:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5323007 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 23 2023 18:49:00 | Barclays, Card Services, P.O. Box 8802, Wilmington, DE 19899-8802 |
| 5354692 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jan 23 2023 18:49:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1839 |
| 5323008 | + | Email/Text: bankruptcy@cavps.com | Jan 23 2023 18:49:00 | Calvary SPV I LLC, 500 Summit Lake Dr., Ste. 400, Valhalla, NY 10595-2321 |
| 5323009 | + | Email/Text: bnc-capio@quantum3group.com | Jan 23 2023 18:49:00 | Capio Partners, 2222 Texoma Pkwy., Suite 150, Sherman, TX 75090-2481 |
| 5323010 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 23 2023 19:00:22 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5326995 | + | Email/Text: bankruptcy@cavps.com | Jan 23 2023 18:49:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5323011 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 23 2023 19:00:23 | Citibank, Box 6500, Sioux Falls, SD 57117-6500 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5323013 | + | Email/Text: bknotice@ercbpo.com | Jan 23 2023 18:49:00 | ERC, P.O. Box 57610, Jacksonville, FL 32241-7610 |
| 5323015 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 23 2023 19:00:22 | JPMCB Card Services, P.O. Box 15298, Wilmington, DE 19850 |
| 5328153 | + | Email/Text: RASEBN@raslg.com | Jan 23 2023 18:49:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5323018 | ^ | MEBN | Jan 23 2023 18:45:32 | Mercantile Adjustment Bureau, 165 Lawrence Bell Dr., Ste. 100, Williamsville, NY 14221-7900 |
| 5323019 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 23 2023 18:49:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 5335157 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 23 2023 18:49:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5323020 | | Email/Text: NCI_bankonotify@ncirm.com | Jan 23 2023 18:49:00 | Nationwide Credit, Inc., P.O. Box 14581, Des Moines, IA 50306-3581 |
| 5323021 | ^ | MEBN | Jan 23 2023 18:45:40 | NorthStar Location Services, 4285 Genesee St., Cheektowaga, NY 14225-1943 |
| 5323022 | | Email/Text: bankruptcies@penncredit.com | Jan 23 2023 18:49:00 | Penn Credit Corp.,, P.O. Box 988, Harrisburg, PA 17108-0988 |
| 5323024 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 23 2023 19:00:33 | Portfolio Recovery Associates, LLC, P.O. Box 41067, Norfolk, VA 23541 |
| 5330553 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 23 2023 19:00:28 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5323030 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 23 2023 19:00:34 | Sears, 7920 NW 110th St, Kansas City, MO 64153-1270 |
| 5323031 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Jan 23 2023 18:49:00 | Sunrise Credit Services, Inc, P.O. Box 9100, Farmingdale, NY 11735-9100 |
| 5337558 | | Email/PDF: ebn_ais@aisinfo.com | Jan 23 2023 19:00:23 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5323027 | *+ | Robert L. Gerlowsky, 11 Peat Moss Rd., White Haven, PA 18661-3800 |
| 5323026 | ##+ | Robert & Joanne Godman, 600 S. Park Ave., Norristown, PA 19403-1960 |
| 5323032 | ##+ | TD Bank, N.A., 1803 Marsh Rd., Wilmington, DE 19810-4505 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 3 of 3 |
| Date Rcvd: Jan 23, 2023 | Form ID: pdf010 | Total Noticed: 37 |

Date: Jan 25, 2023          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor BAYVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| Steven K Eisenberg | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper seisenberg@sterneisenberg.com bkecf@sterneisenberg.com |
| Tullio DeLuca | on behalf of Debtor 1 Robert L. Gerlowsky tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| ROBERT L. GERLOWSKY<br>AKA: ROBERT GERLOWSKY<br><br>Debtor 1 | Chapter: 13<br><br>Case No.: 5-20-bk-01370-MJC |
| JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>    vs.              Movant(s)<br><br>ROBERT L. GERLOWSKY<br>AKA: ROBERT GERLOWSKY<br>              Respondent(s) | |

### ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Dkt. # 47, and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor be and it is hereby dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: January 23, 2023